IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOAN E. FARR,

                Plaintiff,

vs.                                                    Case No. 21-2183-JWB-TJJ

UNITED STATES GOVERNMENT,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF JUSTICE,
SENATOR JAMES INHOFE,
FEDERAL BUREAU OF INVESTIGATION,
CENTRAL INTELLIGENCE AGENCY,
CHRISTINE (A STATE ACTOR),
INTERNAL REVENUE SERVICE.

                Defendants.

**<u>DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1) OR 12(b)(6)</u>**

Defendants, the United States, Department of Defense, Department of Justice, Senator James Inhofe, Federal Bureau of Investigation, Central Intelligence Agency, Christine (a state actor),[1] and the Internal Revenue Service ("Defendants"), by and through Duston Slinkard, Acting United States Attorney for the District of Kansas, and Christopher Allman, Assistant United States Attorney for the District of Kansas, file this motion to dismiss Plaintiff Joan Farr's case against the Defendants under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction and Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted.

---

[1] The United States cannot determine the identity of "Christine (A State Actor)" listed as a defendant in this case, and whether she is an employee of the United States or not. Whether "Christine (A State Actor)" is a federal employee or not, the analysis set forth in this dispositive motion demonstrates that Farr's complaint fails to state a plausible claim over which this court has subject matter jurisdiction.

In accordance with D. Kan. Rule 7.1(a), the United States will file a memorandum in support immediately following this motion, which is incorporated by reference.

>Respectfully submitted,
>
>DUSTON J. SLINKARD
>Acting United States Attorney
>District of Kansas
>
>s/ Christopher Allman
>CHRISTOPHER ALLMAN
>Assistant United States Attorney
>Ks. S. Ct. No. 14225
>500 State Avenue, Suite 360
>Kansas City, Kansas 66101
>PH: (913) 551-6730
>FX: (913) 551-6541
>Email: chris.allman@usdoj.gov
>     Attorney for Defendants

### CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2021, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of filing to all CM/CMECF participants for this case.

I further certify that on July 2, 2021, a paper copy of the foregoing document and the notice of electronic filing were sent by U.S. mail to the following non-CM/ECF participants:

Joan E. Farr
7145 Blueberry Lane
Derby, KS 67037

> *Pro Se* Plaintiff

>s/ Christopher Allman
>CHRISTOPHER ALLMAN
>Assistant United States Attorney