UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOAN E. FARR, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 21-cv-2183-JWB-TJJ |
| ) | |
| UNITED STATES GOVERNMENT, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This case is in its early stages; the Rule 26 parties planning process has not even commenced. Yet, the rate and quantity of filings is quickly spiraling out of control. The Court has now set a response date for Christine Curry to answer the Amended Complaint (October 18, 2021) and has set a Status Conference for September 16, 2021. Briefing continues on several pending motions. The Court has not yet set discovery deadlines or other case management guidelines and deadlines. The flurry of filings in the case prior to the parties planning process and initial setting of deadlines in the case is inefficient to say the least.

In the interest of upholding the mandates of Rule 1, the Court determines that a limited stay of activity in this action is warranted—until the Court conducts the Status Conference in less than two weeks. The Court strongly discourages the filing of additional motions before the Status Conference and hereby stays all briefing in the case, with limited exceptions. Discovery and Rule 26 obligations will also be stayed until after the Court conducts the Status Conference on September 16. The parties may, however, file the following response and reply briefs relating to the referenced pending motions:

- Reply brief to the motion for sanctions (ECF No. 35);

- Response and reply brief to the motion to strike (ECF No. 33); and

- Response and reply brief to the motion to dismiss (ECF No. 27).

This will avoid delay in preparing these motions for decision, as well as give the parties time to refocus on the key issues for resolution in this case instead of engaging in filings that detract from the Court's ability to resolve matters in a just and expeditious manner.

**IT IS SO ORDERED.**

Dated September 3, 2021, at Kansas City, Kansas.

                                                                        _Teresa J. James_
                                                                        Teresa J. James
                                                                        U. S. Magistrate Judge