# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

JOAN E. FARR,

        Plaintiff,

v.                              Case No: 21-2183-JWB

UNITED STATES GOVERNMENT,
UNITED STATES DEPARTMENT OF DEFENSE,
UNITED STATES DEPARTMENT OF JUSTICE,
JAMES INHOFE,
FEDERAL BUREAU OF INVESTIGATION,
CENTRAL INTELLIGENCE AGENCY,
INTERNAL REVENUE SERVICE,
CHRISTINE CURRY,

        Defendants,

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that pursuant to memorandum and order filed January 13, 2022, Defendants' motion to dismiss and Curry's motion for joinder are GRANTED. (Docs. 27, 57.) Plaintiff's motion for sanctions is DENIED. (Doc. 35.) Plaintiff's amended complaint is dismissed.

    January 13, 2022                            SKYLER B. O'HARA
        Date                                     CLERK OF THE DISTRICT COURT

                                                     by:   s/ Joyce Roach
                                                                  Deputy Clerk